No. 87–1495. TALLAHASSEE BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* LEON COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 88–198. SEQUOIA BOOKS, INC. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 88–372. LEWIS ET AL. *v.* BRUNI. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–395. ELLINGSWORTH, WARDEN, ET AL. *v.* REYNOLDS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–627. TAYLOR *v.* TAYLOR WINE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–5404. WOUGAMON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.